1  OWEN, WICKERSHAM & ERICKSON, P.C.
   NOEL M. COOK, SBN 122777
2  ALICA DEL VALLE, SBN 246006
   455 Market Street, Suite 1910
3  San Francisco, CA 94105
   Telephone 415.882.3200
4  Facsimile. 415-882.3232
   E-Mail:      ncook@owe.com
5               adelvalle@owe.com

6  Attorneys for Plaintiff
   KINETIC KOFFEE COMPANY, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 KINETIC KOFFEE COMPANY, INC.,        )   Case Number C 07-02563 EMC
                                        )
13             Plaintiff                )
                                        )   REQUEST AND [PROPOSED] ORDER
14 v.                                   )   TO CONTINUE INITIAL CASE
                                        )   MANAGEMENT CONFERENCE
15                                      )   AND ADR DEADLINES
   KINETIC COFFEE, INC.,                )   LOCAL RULE 6-1(b)
16                                      )
               Defendant.               )
17 _____ )

18

19     Plaintiff, KINETIC KOFFEE COMPANY, INC., hereby requests a continuation of the Initial

20 Case Management Conference and ADR deadlines, set by the Court's scheduling order of May 15,

21 2007.

22     Plaintiff has not yet served Defendant, KINETIC COFFEE, INC., with the Complaint and

23 Summons in this case because the parties are actively engaged in settlement discussions.  The parties

24 hope these discussions will result in the settlement and resolution of this matter, thus avoiding the

25 need to serve the Complaint and Summons upon Defendant. The deadline by which Plaintiff must

26 serve the Complaint and Summons in this case is September 15, 2007.

27

28

Request to Continue Initial Case
Management Conference and ADR Deadlines        1                              C 07-02563 EMC

    Accordingly, Plaintiff KINETIC KOFFEE COMPANY, INC. requests the Initial Case Management Conference and ADR deadlines be continued for **ninety (90) days**. Because no other deadlines have been scheduled by the Court, the schedule for the case will not otherwise be affected. There have been no previous time modifications in this case.

    Plaintiff did not obtain a stipulation to the requested continuation because it has not yet effected service upon Defendant, and neither Defendant nor counsel for Defendant have appeared.

Dated: July 26 2007        OWEN, WICKERSHAM & ERICKSON, P.C.

By: _____
     Noel M. Cook

Attorneys for Plaintiff
KINETIC KOFFEE COMPANY, INC.,

### [PROPOSED] ORDER

    IT IS ORDERED that the Initial Case Management Conference and ADR deadlines are continued for **ninety (90) days**. A revised scheduling order will be issued by the Court.

Dated: _____        _____
                                               Edward M. Chen
                                               United States Magistrate Judge

S:\1Clients\KINET\Motion Extend Initial Case Management Conference and ADR Deadlines.wpd