OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK, SBN 122777
ALICA DEL VALLE, SBN 246006
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone 415.882.3200
Facsimile. 415-882.3232
E-Mail:      ncook@owe.com
             adelvalle@owe.com

Attorneys for Plaintiff
KINETIC KOFFEE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINETIC KOFFEE COMPANY, INC., | Case Number C 07-02563 EMC |
| Plaintiff | |
| v. | REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| KINETIC COFFEE, INC., | LOCAL RULE 6-1(b) |
| Defendant. | |

Plaintiff, KINETIC KOFFEE COMPANY, INC., hereby requests a continuation of the Initial Case Management Conference and ADR deadlines, set by the Court's scheduling order of May 15, 2007.

Plaintiff has not yet served Defendant, KINETIC COFFEE, INC., with the Complaint and Summons in this case because the parties are actively engaged in settlement discussions. The parties hope these discussions will result in the settlement and resolution of this matter, thus avoiding the need to serve the Complaint and Summons upon Defendant. The deadline by which Plaintiff must serve the Complaint and Summons in this case is September 15, 2007.

1    Accordingly, Plaintiff KINETIC KOFFEE COMPANY, INC. requests the Initial Case
2 Management Conference and ADR deadlines be continued for **ninety (90) days**. Because no other
3 deadlines have been scheduled by the Court, the schedule for the case will not otherwise be affected.
4 There have been no previous time modifications in this case.
5    Plaintiff did not obtain a stipulation to the requested continuation because it has not yet
6 effected service upon Defendant, and neither Defendant nor counsel for Defendant have appeared.
7 .

8 Dated: July 26 2007        OWEN, WICKERSHAM & ERICKSON, P.C.

10    By: _____
11        Noel M. Cook

12        Attorneys for Plaintiff
           KINETIC KOFFEE COMPANY, INC.,

16                        [PROPOSED] ORDER

17    IT IS ORDERED that the Initial Case Management Conference and ADR deadlines are
18 ~~continued for **ninety (90) days**. A revised scheduling order will be issued by the Court.~~
19 as follows: CMC to 11/14/07 at 1:30p.m., LD to file Rule 26(f) Report and Joint CMC Statement is 11/7/07; 10/24/07 is last day to meet and confer re initial disclosures.
20 Dated: __7/27/07__        _____
                                Edward M. Chen
21                              United States Magistrate Judge

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

27 S:\1Clients\KINET\Motion Extend Initial Case Management Conference and ADR Deadlines.wpd

Request to Continue Initial Case
Management Conference and ADR Deadlines        2        C 07-02563 EMC