OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK, SBN 122777
ALICA DEL VALLE, SBN 246006
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone 415-882-3200
Facsimile. 415-882-3232
E-Mail:     ncook@owe.com
            adelvalle@owe.com

Attorneys for Plaintiff
KINETIC KOFFEE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINETIC KOFFEE COMPANY, INC.,<br><br>Plaintiff<br><br>v.<br><br>KINETIC COFFEE, INC.,<br><br>Defendant. | Case Number C 07-02563 EMC<br><br>*EX PARTE* REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT<br>LOCAL RULE 6-1(b) |

     Plaintiff, KINETIC KOFFEE COMPANY, INC., hereby requests a thirty (30) day extension of time to serve its Complaint and Summons.

     Plaintiff has not yet served Defendant, KINETIC COFFEE, INC., with the Summons and Complaint in this case because the parties have been actively engaged in settlement discussions. These settlement discussions have resulted in a settlement in principle. The parties are currently exchanging drafts of the written settlement agreement and hope to complete the settlement soon. The deadline by which Plaintiff must serve the Summons and Complaint in this case is September 12, 2007.

1      Accordingly, Plaintiff KINETIC KOFFEE COMPANY, INC. requests a thirty (30) day
2  extension of time, to and including **October 12, 2007**, to serve its Summons and Complaint. Other
3  dates scheduled by the Court will not be affected.

4      Plaintiff did not obtain a stipulation to the requested continuation because it has not yet
5  effected service upon Defendant, and neither Defendant nor counsel for Defendant have appeared.

6

7                         Respectfully submitted,

8

9  Dated: September 7, 2007         OWEN, WICKERSHAM & ERICKSON, P.C.

10

11

12                              By: _/s/ Noel M. Cook_
                                     Noel M. Cook

13                              Attorneys for Plaintiff
14                              KINETIC KOFFEE COMPANY, INC.,

15

16

17                         **[PROPOSED] ORDER**

18      IT IS ORDERED that Plaintiff is granted an additional thirty (30) days in which to serve its
19  Complaint and Summons, up to and including **October 12, 2007.**

20

21  Dated: _____             _____

22                                                Edward M. Chen
23                                             United States Magistrate Judge

24

25

26

27

28