OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK, SBN 122777
ALICA DEL VALLE, SBN 246006
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone 415-882-3200
Facsimile. 415-882-3232
E-Mail:       ncook@owe.com
              adelvalle@owe.com

Attorneys for Plaintiff
KINETIC KOFFEE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINETIC KOFFEE COMPANY, INC., <br><br> Plaintiff <br><br> v. <br><br> KINETIC COFFEE, INC., <br><br> Defendant. | Case Number C 07-02563 EMC <br><br> ***EX PARTE* REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT LOCAL RULE 6-1(b)** ; ORDER |

   Plaintiff, KINETIC KOFFEE COMPANY, INC., hereby requests a thirty (30) day extension of time to serve its Complaint and Summons.

   Plaintiff has not yet served Defendant, KINETIC COFFEE, INC., with the Summons and Complaint in this case because the parties have been actively engaged in settlement discussions. These settlement discussions have resulted in a settlement in principle. The parties are currently exchanging drafts of the written settlement agreement and hope to complete the settlement soon. The deadline by which Plaintiff must serve the Summons and Complaint in this case is September 12, 2007.

Ex Parte Request to
Extend Time to Serve Summons and Complaint             1                              C 07-02563 EMC

1  Accordingly, Plaintiff KINETIC KOFFEE COMPANY, INC. requests a thirty (30) day
2  extension of time, to and including **October 12, 2007**, to serve its Summons and Complaint. Other
3  dates scheduled by the Court will not be affected.
4  Plaintiff did not obtain a stipulation to the requested continuation because it has not yet
5  effected service upon Defendant, and neither Defendant nor counsel for Defendant have appeared.

Respectfully submitted,

Dated: September 7, 2007        OWEN, WICKERSHAM & ERICKSON, P.C.

By: _____
    Noel M. Cook

Attorneys for Plaintiff
KINETIC KOFFEE COMPANY, INC.,

### [~~PROPOSED~~] ORDER

IT IS ORDERED that Plaintiff is granted an additional thirty (30) days in which to serve its Complaint and Summons, up to and including **October 12, 2007.**

Dated: ____September 11, 2007____        _____
                                          Edward M. Chen
                                          United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen