1  OWEN, WICKERSHAM & ERICKSON, P.C.
   NOEL M. COOK, SBN 122777
2  455 Market Street, Suite 1910
   San Francisco, CA 94105
3  Telephone: 415-882-3200
   Facsimile:  415-882-3232
4  E-Mail:     ncook@owe.com

5  Attorneys for Plaintiff
   KINETIC KOFFEE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| KINETIC KOFFEE COMPANY, INC., | Case Number C 07-02563 EMC |
|---|---|
| Plaintiff, | **DISMISSAL WITHOUT PREJUDICE** (F.R.C.P. 41(a)(1)(i)) |
| v. | |
| KINETIC COFFEE, INC., | |
| Defendant. | |

Plaintiff, KINETIC KOFFEE COMPANY, INC., hereby gives notice that it dismisses without prejudice the above-entitled action. Plaintiff has not served Defendant, KINETIC COFFEE, INC., with the Summons and Complaint and Defendant has not answered or otherwise appeared.

Respectfully submitted,

Dated: October 10, 2007        By: /s/ Noel M. Cook

Attorneys for Plaintiff
KINETIC KOFFEE COMPANY, INC.,

Dismissal without Prejudice                                    C 07-02563 EMC